FILED

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0030

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0030

_____

WILLIAM M. SOLEM and ELLEN G. SOLEM,

      Plaintiffs and Appellees,

   v.                                       O R D E R

STATE OF MONTANA, DEPARTMENT OF
REVENUE,

      Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2023